**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RUSSELL HESTER, | Case No. 2:20-cv-02105-APG-VCF |
| Plaintiff, | |
| v. | **Order Affirming Report and Recommendation and Dismissing Case** |
| STOUT MANAGEMENT, | |
| Defendant. | |
| | |
| RUSSELL HESTER, | |
| Plaintiff, | |
| v. | Case No. 2:20-cv-02158-APG-VCF |
| CLARK COUNTY SHERIFF'S CIVIL UNIT, | |
| Defendant. | |

On February 2, 2021, Magistrate Judge Ferenbach recommended that I dismiss this case because plaintiff Russell Hester had not filed an amended complaint as he had directed in his prior order. ECF No. 18.  Hester filed an objection to that recommendation. ECF No. 19.

I have conducted a de novo review of the issues set forth in the Report and Recommendation under Local Rule IB 3-2.  Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.  This federal court has limited jurisdiction.  Judge Ferenbach correctly pointed out that this court does not have jurisdiction over the complaint as filed.  Hester did not file an amended complaint as Judge Ferenbach allowed him to do.  Hester's objection to the recommendation does not fix the problem with this court's jurisdiction.

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the Report and Recommendation **(ECF No. 18) is accepted** and these consolidated cases are dismissed for lack of jurisdiction. The clerk of the court shall enter judgment accordingly and close this case.

DATED this 29th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE